IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR223-1 |
| V. | ) | |
| DEONTAE D. GRIFFIN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue trial (filing 23) is granted.

(2) Trial of this case is continued to December 16, 2013, at 9:00 a.m., before Senior United States District Judge Richard G. Kopf, in the Special Proceedings Courtroom, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

DATED this 3rd day of September, 2013.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge