# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR223 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AMENDED ORDER[1] |
| | ) | |
| DEONTAE D. GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Jeffrey L. Thomas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Deontae D. Griffin (Griffin) (Filing No. 53).  Mr. Thomas represents that the Office of the Federal Public Defender has a conflict of interest in this matter.  Mr. Thomas' and the Office of the Federal Public Defender's motion to withdraw (Filing No. 53) is granted.

Denise E. Frost, 9900 Nicholas Street, Suite 225, Omaha, NE 68114, (402) 346-8856, is appointed to represent Griffin for the balance of these proceedings pursuant to the Criminal Justice Act.

Mr. Thomas shall forthwith provide Ms. Frost with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to Griffin's defense.

The clerk shall provide a copy of this order to Ms. Frost, and Ms. Frost shall file her appearance forthwith.

**IT IS SO ORDERED.**

DATED this 15th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] This Amended Order is entered to reflect Ms. Frost's current address.